In the Matter of the Estate of NATHAN WEISS, Deceased.
STATE TAX COMMISSION, Appellant; JOSEPH D. WEISS
et al., as Executors of NATHAN WEISS, Deceased,
Respondents.

Submitted October 5, 1937; decided October 19, 1937.

*Harry T. O'Brien, Jr.,* and *Mortimer M. Kassell* for appellant.

*Jacob Lichtenstein* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.